UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMOND LUNA, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>MONTEREY FUNDING, INC., et al.,<br><br>        Defendants. | Case No.: C 09-4109 PVT<br><br>**ORDER FURTHER CONTINUING HEARINGS, AND FURTHER EXTENDING TIME, AND EXTENDING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On September 17, 2009, Defendant First Franklin, a Division of National City Bank, filed a Motion to Dismiss and a Motion to Strike.[1] On September 25, 2009, Defendants Deutsche National Bank Trust Co, Wells Fargo & Company, and Wells Fargo Home Mortgage, Inc. filed a Motion to Dismiss. Plaintiffs, representing themselves *in pro per*, have not filed written oppositions to either motion. Pursuant to Civil Local Rule 73-1(a)(2), no later than five court days after that motion was filed each party was required to file either a written consent to the jurisdiction of the magistrate

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 judge, or request reassignment to a district judge.[2]  Because Plaintiffs had not done so by October 23,
2 2009, the court issued an order continuing the hearings, and extending time for Plaintiffs to file any
3 opposition papers, and setting a deadline of November 3, 2009 for the parties to file either a
4 "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed
5 Before a United States Magistrate Judge and Request for Reassignment."  Unfortunately, the court
6 inadvertently put the wrong zip code on the envelopes it used to send the order to the *pro per*
7 Plaintiffs, and the mail was returned by the postal service as undeliverable.  Therefore, based on the
8 file herein,

9     IT IS HEREBY ORDERED that the hearings on the aforementioned motions are
10 CONTINUED to December 15, 2009.

11     IT IS FURTHER ORDERED that the deadline for Plaintiffs to file either a "Consent to
12 Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United
13 States Magistrate Judge and Request for Reassignment," is extended to November 24, 2009.

14     IT IS FURTHER ORDERED that the deadline for Plaintiffs to file opposition papers is
15 extended to November 24, 2009.

16     IT IS FURTHER ORDERED that Defendants may file reply papers no later than December
17 1, 2009.

18 Dated:  *11/3/09*

19                             _____
20                             PATRICIA V. TRUMBULL
                              United States Magistrate Judge

---

[2]     Magistrate Judges have authority to hear dispositive motions, such as the motion to strike and dismiss filed by Plaintiff, only in cases where all parties have consented to Magistrate Judge jurisdiction.  *See* 28 U.S.C. § 636(c)(1).

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on    *11/3/09*        to:

Raymond Luna
451 Regal Drive
Hollister, CA 95023

Annette Luna
451 Regal Drive
Hollister, CA 95023

           */s/   Donna Kirchner              for*
           CORINNE LEW
           Courtroom Deputy